No. 03–9560.   HOWELL, AKA COX *v.* MISSISSIPPI.   Sup. Ct. Miss.   [Certiorari granted, 542 U. S. 936.]   Motion to appoint William Odum Richardson as counsel for petitioner granted.   William Odum Richardson, Esq., of Fayetteville, N. C., is appointed

to serve as counsel for petitioner in this case. Motion to appoint Andre de Gruy as counsel for petitioner denied.